E-FILED
Wednesday, 04 March, 2009 09:45:23 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>  Plaintiff | )<br>)<br>) |
| | ) CASE NO. **09-20016** |
| | ) |
| **CLAXTON H. WRIGHT,**<br>**MARIO CHALMERS and**<br>**TIFFANY M. WOODS**<br>  Defendant | )<br>)<br>)<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:30 P.M.** on **APRIL 30, 2009,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **MAY 11, 2009**, before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 4th day of March, 2009.


                                                               s/   David G. Bernthal

                                                         DAVID G. BERNTHAL
                                                         U.S. MAGISTRATE JUDGE