UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES OF AMERICA, )
)
   Plaintiff, )
)
vs. )
) Case No: 2:09-cr-20016
)
TIFFANY WOODS, )
   Defendant. )

FILED
APR 3 0 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

### WAIVER OF SPEEDY TRIAL

I Tiffany Woods, hereby waive my right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. 3161 and acknowledge that any delay in trial is caused by my election to participate in a deferred prosecution program and is chargeable against me as the Defendant.

   I hereby acknowledge that I have been advised of my rights to a speedy trial and hereby waive the same.

s/ Tiffany Woods
_____
Tiffany Woods
Defendant

s/ Carlton Kagawa
_____
Carlton M. Kagawa
Attorney for Defendant